FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT GOLDBERG,<br>　　　　Plaintiff,<br>　vs.<br>JOSE MARTINEZ, et al.m<br>　　　　Defendants. | Case No. CV 14-3428 UA<br><br>ORDER REMANDING ACTION |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 5/7, 2014

_____
HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE